OPINION — AG — QUESTION: "DOES THE DEFINITION OF 'MERCHANT' UNDER 22 O.S. 1971 1341 [22-1341] INCLUDE A COMMERCIAL BANK, THEREFORE, PERMITTING A SECURITY GUARD OR AN EMPLOYEE OF A BANK TO DETAIN UPON PROBABLE CAUSE A PERSON SUSPECTED OF A CRIME SUCH A FORGERY FOR THE PURPOSES OUTLINED IN 22 O.S. 1971 1343 [22-1343]?" — THE AG IS UNABLE TO ANSWER YOU QUESTION DUE TO THE NON RELATIVE SUBJECT MATTER. CITE: 74 O.S. 1971 18 [74-18](B), 74 O.S. 1971 18 [74-18](E) (TIMOTHY FRETS)